IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TREVIS TYRELL SISTRUNK,           *

    Petitioner,                   *

vs.                               *

Sheriff GREG COUNTRYMAN,          *     CASE NO. 4:21-CV-168-MSH-CDL

    Respondent.                   *

                                          *

O R D E R

    After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 11, 2022 is hereby approved, adopted, and made the Order of the Court.

    The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

    IT IS SO ORDERED, this 2nd day of May, 2022.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA